**Dismiss and Opinion Filed December 2, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-21-00737-CV**
_____

**TNT QUADRANGLE PARTNERS, LP, Appellant**
**V.**
**SRPF B/QUADRANGLE PROPERTY, LLC, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-02012-E**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Goldstein, and Smith
Opinion by Justice Pedersen, III

This appeal follows the trial court's final judgment of possession. By letter filed November 2, 2021, appellant has informed the Court that the county court has granted a new trial in this matter. Because the granting of a new trial moots an appeal, we directed appellant to file, no later than November 22, 2021, either a motion to dismiss the appeal or a letter brief showing cause why the appeal should not be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a); *Nat'l Collegiate Athletic Ass'n v. Jones*, 1 S.W.3d 83, 86 (Tex. 1999) ("Appellate courts are prohibited from deciding moot controversies."); *Jones v. Tex. Dep't of Criminal Justice*, 318 S.W.3d 398, 403 n.5 (Tex. App.—Waco 2010, pet. denied) (complaint

rendered moot by granting of motion for new trial). Although we cautioned appellant that failure to comply could result in dismissal of the appeal without further notice, appellant has not complied. Accordingly, on the record before us, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(a).

                                                            /Bill Pedersen, III//
210737f.p05                                                 BILL PEDERSEN, III
                                                            JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TNT QUADRANGLE PARTNERS, LP, Appellant

No. 05-21-00737-CV     V.

SRPF B/QUADRANGLE PROPERTY, LLC, Appellee

On Appeal from the County Court at Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-21-02012-E.
Opinion delivered by Justice Pedersen, III, Justices Goldstein and Smith participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee SRPF B/Quadrangle Property, LLC recover its costs, if any, of this appeal from appellant TNT Quadrangle Partners, LP.

Judgment entered this 2nd day of December, 2021.